# SUPREME COURT PROCEEDINGS

### Tuesday, December 4, 1923

### GENERAL DOCKET

17707—Nelson B. Cramer v. Kramer & Bettman; error to the Court of Appeals of Hamilton county. Judgment affirmed. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur.

17844—Charles E. Marqua v. Carolyn P. Martin. Judgment reversed. See Syllabi Cases, infra.

17848—Pearl K. Riley, alias Pearl K. Sauerwein, v. Patrick J. McNickol et al., Board of County Commissioners of Columbiana county, Ohio. Judgment affirmed. See Syllabi Cases, infra.

17849—J. J. Boone v. State of Ohio; error to the Court of Appeals of Hardin county. Judgment affirmed  See Syllabi Cases, infra.

17861—Miles R. Perkins et al v. J. W. Bright et al; error to the Court of Appeals of Belmont county. Judgment affirmed. See Syllabi Cases, infra.

17909—Tax Commission of Ohio v. Jennie V. Oswald, Exrx. Judgment reversed. See Syllabi Cases, infra.

17960—The Pennsylvania R. R. Co. v. Public Utilities Commission; error to the Public Utilities Commission. Order affirmed. See Syllabi Cases, infra.

17961—Robert D. Keveney v. State of Ohio; error to the Court of Appeals of Henry county. Judgment affirmed. See Syllabi Cases, supra.

17973—Edward Long v. State of Ohio; error to the Court of Appeals of Belmont county. Judgment affirmed. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur.

17988—The Lake Erie, Alliance & Wheeling R. R. Co., and the New York Central R. R. Co., Lessee, v. Public Utilities Commission of Ohio. Order reserved. See Syllabi Cases, infra.

17991—Mortimer Matthews v. Louis J. Huwe, Treas.; error to the Court of Appeals of Hamilton county. Dismissed sua sponte on ground that case was filed as of right, but that the record presents no debatable constitutional question. Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur. (Filed in Supreme Court, May 24, 1923).

17992—Mortimer Matthews and Marianna Matthews v. Louis J. Huwe, Treas.; error to the Court of Appeals of Hamilton county. Dismissed sua sponte on ground that case was filed as of right, but that the record presents no debatable constitutional question. Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur. (Filed in U. S. Supreme Court, May 24, 1923).

## MOTION DOCKET

18103—Edward Flatau v. City of Toledo. Motion for an order directing the Court of Appeals of Lucas county to certify its record. Overruled. (Filed July 26, 1923).

18117—In the Matter of the Ohio Bell Telephone Co. Motion for an order directing the Attorney General to institute Quo Warranto proceedings against The Ohio Bell Telephone Co. Overruled. (Filed Aug. 1, 1923).

18123—Louis J. Gilbert v. Rosa K. Durliat. Motion for an order directing the Court of Appeals of Wood county to certify its record. Overruled. (Filed Aug. 11, 1923).

18135—William Bayless v. Chambers Baird, Rcr., et al. Motion for an order directing the Court of Appeals of Adams county to certify its record. Sustained. (Filed Aug. 20, 1923 .

18140—Sophia Sargent, individually and as Executrix, v. City of Cincinnati. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Sustained. (Filed Aug. 27, 1923).

18140—Sophia Sargent, individually and as Executrix, v. City of Cincinnati. Motion to dismiss petition in error. Overruled.

18141—Ben A. Bickley and John D. Andrews, Admrs., v. Jessie B. Carr. Motion for an order directing the Court of Appeals of Butler county to certify its record. Overruled.

18143—Myra Mull Morris v. Frank S. Mull. Motion for an order directing the Court of Appeals of Summit county to certify its record. Sustained. (Filed Aug. 29, 1923).

18147—Glendening B. Groesbeck v. Theodore Mayer. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Overruled. (Filed Aug. 23, 1923).

18151—The Theodor Kundtz Co. v. Lucy N. Harmon. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled.

18154—The John Weenick & Sons Co. v. Delia McInerney et al. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled.

18155—Jessie L. Snedaker v. Grace King. Motion for an order directing the Court of Appeals of Adams county to certify its record. Sustained.

18158—James J. Grogan v. The Western Hills Building, Savings & Loan Co. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Overruled.

18164—Mary Draunmiller v. The Fairchilds Milling Co. Motion for an order directing the Court of Appeals of Lake county to certify its record. Overruled. (Filed Sept. 17, 1923).

18194—J. B. Cox v. State of Ohio. Motion for leave to file petition in error to the Court of Appeals of Stark county. Overruled.

18200—W. Clarence O'Brien v. State of Ohio. Motion for leave to file petition in error to the Court of Appeals of Stark county. Overruled.

## NEW CASES FILED

18228—The Sterling Lumber Co. v. Alfred H. Slusser, Robert C. Jones, The George O. Harter Bank of Canton, Ohio, The A. H. Slusser Investment Co.; motion for an order directing the Court of Ap-